

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROLAND DAVID THOMPSON**

VS

**WARDEN RICHLAND PARISH DET CTR**

CIVIL NO. 3:05V0520
JUDGE JAMES
MAG. JUDGE KIRK

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas action, and, considering the record in this case, the requirements of 28 U.S.C. §2253, and the Supreme Court's decision in *Slack v. McDaniel,* 529 U. S. 473, 478 (2000), the court hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.

MONROE, LOUISIANA, this 9 day of February, 2006

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE